FILED
2/16/2022
Clerk, U.S. District Court
District of Montana
Great Falls Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. CHRISTOPHER Y. CHUNG, Defendant. | VIOLATION: 9711937<br>Location Code: M13<br><br>ORDER |
|---|---|

Based upon the United States' motion to accept the defendant's payment of a $35 fine and $30 processing fee for violation 9711937 (for a total of $65), and for good cause shown, IT IS ORDERED that the $65 fine paid by the defendant is accepted as a full adjudication of violation 9711937.

IT IS FURTHER ORDERED that the initial appearance scheduled for March 10, 2022, is VACATED.

DATED this 16th day of February, 2022.

_____
John Johnston
United States Magistrate Judge